IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM F. CARADINE/ASSABUR,                                            PLAINTIFF
ADC #90785

v.                          5:11-cv-00223-JMM-JTK

MS. CONRAD, Mailroom Supervisor,
Varner Unit, Arkansas Department of Correction                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this  20 day of  October , 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE